## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No.  10-34074** |
| **PEARVILLE, L.P.** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |
| **TRIBBLE & STEPHENS** | § | |
| **CONSTRUCTORS, LTD.** | § | **Adv. P. No. _____** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **INTERNATIONAL BANK OF** | § | |
| **COMMERCE & PEARVILLE, L.P.** | § | |
| | § | |
| Debtor. | § | |

## NOTICE OF REMOVAL OF STATE CIVIL ACTION

TO THE HONORABLE JUDGE KAREN K. BROWN:

Pearville, L.P. (the "Debtor") and defendant in the above-captioned action hereby files this Notice of Removal of the state court civil action described below from the District Court of Harris County, 80th Judicial District of Texas, to the United States Bankruptcy Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1441, 1446, 1452, 1334, and Bankruptcy Rule 9027.  In support thereof, the Debtor alleges the following:

1.      International Bank of Commerce ("IBC") and the Debtor are defendants are defendants in a civil action filed on August 11, 2009 by Plaintiff Tribble & Stephens Constructors, Ltd. ("T&S") in the District Court of Harris County, 80th Judicial District of Texas, Cause No. 2009-51129, captioned *Tribble & Stephens Constructors, Ltd., v. International Bank of Commerce & Pearville, L.P.,* (the "State Court Action").  *(See* Docket Sheet (Ex. 1)*; T&S*

NOTICE OF REMOVAL OF STATE CIVIL ACTION – Page 1

Orig. Pet. (Ex. 2).)  While IBC filed an Answer and Counterclaim (*see* IBC Ans. (Ex. 3)), the Debtor has not yet filed any answer in the State Court Action.

2.    In accordance with this Court's Local Rule 9027-1(a)(i) & (ii), the following is a list of all names and addresses of each party, all of which have been served with process in the State Court Action:

Plaintiff Tribble & Stephens Constructors, Ltd.
8588 Katy Trail Freeway, Ste. 100
Houston, Texas 77024

Defendant Pearville, L.P.
3336 Richmond, Suite 302
Houston, Texas 77098

Defendant International Bank of Commerce
5615 Kirby Drive
Houston, Texas 77265

3.    In accordance with this Court's Local Rule 9027-1(a)(iii), the following is a list of the name, address, and telephone number of the counsel for each party in the State Court Action:

Attorney for Plaintiff:
John Torigian
State Bar No. 20142100
Krell & Torigian, LLP
1600 Smith Street, Suite 3885
Houston, Texas 77002
Telephone (713)951-7603
Facsimile (713)951-7611

Attorney for Defendant Pearville, LP:
Michael Hawash
State Bar No. 00792061
Burford & Maney, P.C.
700 Louisiana, Suite 4600
Houston, Texas 77002
Telephone (713)237-1111
Facsimile (713)222-1475

<u>Attorneys for Defendant International Bank of Commerce:</u>
David E. Penden
State Bar No. 15713500
Meghann E. McConnell
State Bar No. 24067753
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone (713)226-6000
Facsimile (713)228-1331

4.      On May 14, 2010, the Debtor filed for protection under Chapter 11 of the Bankruptcy Code.  This bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of Texas.  The caption and number of the Chapter 11 cases is *In re Pearville, L.P.*, Case No. 10-34074.  The Debtor's bankruptcy case is a "single asset real estate" case as described in 11 U.S.C. § 101(51 B).  The Debtor's real estate asset is a shopping center, commonly referred to as the Parks at Boulder Creek (the "Property").  (*See* Debtor's Sch. A [Dkt. No. 37].)

5.      A copy of the Debtor's Amended Notice of Bankruptcy and Application of the "Automatic Stay" Pursuant to 11 U.S.C. § 362 is attached hereto as Exhibit 17.

6.      In the State Court Action, Plaintiff's Petition alleges claims for breach of contract and promissory estoppel.  The Plaintiff also seeks a declaratory judgment and foreclosure of its mechanic's lien related to construction services provided by the Plaintiff at the Property.  The Debtor's co-defendant in the State Court Action is the Debtor's senior secured lender—the International Bank of Commerce ("IBC").

7.      Consequently, this Court has original jurisdiction over this action pursuant to 11 U.S.C. § 541 and 28 U.S.C. §§ 1409, 1441, 1452, and 1334 because it involves claims in a bankruptcy case and is thus a core action that arises under the Debtor's bankruptcy case.  *See* 28 U.S.C. § 157(b)(2).

8.      This notice of removal is timely under Bankruptcy Rule 9027(a)(2).

9.      A copy of this Notice of Removal will be served on all parties, and a separate Notice of Removal will be delivered to the Harris County District Court, pursuant to Bankruptcy Rule 9027(c).

10.     The Debtor consents to any final orders or judgments filed by the Bankruptcy Judge

11.     Pursuant to this Court's Local Rule 9027-1, copies of all papers that have been filed in the Harris County District Court are filed concurrently with this Notice of Removal as Exhibits 1 through 17, including the state court docket sheet through June 1, 2010, as Exhibit 1.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court consider its Notice of Removal of this action from the District Court of Harris County, 80th Judicial District, to the United States Bankruptcy Court for the Southern District of Texas, Houston Division and for such other and further relief to which it may be justly entitled.

Signed this the 17th day of June 2010.

Respectfully submitted,

**SPENCER CRAIN CUBBAGE
HEALY & McNAMARA, pllc**

By:     /s/ Thomas H. Grace
        **Thomas H. Grace**
        Texas Bar No. 00785453
        Federal Bar No. 12618
        1330 Post Oak Blvd., Suite 1600
        Houston, TX  77002
        (713) 963-3669  Telephone
        (713) 963-4663  Fax

        and

**Meagan Martin**
Texas Bar No. 24050997
Federal Bar No. 1045350
1201 Elm Street, Suite 4100
Dallas, Texas 75270
(214)290-0029   Telephone
(214)290-0099   Fax

**COUNSEL FOR
PEARVILLE, L.P.**

## CERTIFICATE OF SERVICE

        I certify that on June 17, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. Bankruptcy Court, Southern District of Texas, using the electronic case filing system of the court.  All attorneys of record, including counsel for the Debtor and the Office of the U.S. Trustee, are registered with the Court and will receive a "Notice of Electronic Filing."  I further certify that I have provided a true and correct copy of the foregoing instrument is being forwarded via certified mail, return receipt requested, to counsel for each party in the State Court Action as follows:

        Attorney for Plaintiff:
        John Torigian
        Krell & Torigian, LLP
        1600 Smith Street, Suite 3885
        Houston, Texas 77002

        Attorneys for Defendant Pearville, LP:
        Michael Hawash
        Burford & Maney, P.C.
        700 Louisiana, Suite 4600
        Houston, Texas 77002

        Attorneys for Defendant International Bank of Commerce:
        David E. Penden
        Meghann E. McConnell
        Porter & Hedges, LLP
        1000 Main Street, 36th Floor
        Houston, Texas 77002

                                /s/ Thomas H. Grace
                                Thomas H. Grace

NOTICE OF REMOVAL OF STATE CIVIL ACTION – Page 5